RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 11 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITES STATES
NORTHERN DISTRICT OF GEORGIA
DISTRICT COURT

Richelieu Trinity
    Plaintiff

VS

CASE No. 1:20-CV-0636

State of Maine
Division of Support Enforcement and Recovery

## MOTION FOR EMERGENCY INJUNCTION

Plaintiff, Richelieu Trinity request this District Court grant emergency injunction into the activities related to defendant's lien on his personal bank account and the immediate return of all funds taken out until defendants can appear before this District Court with evidence to substantiate their action which have place the plaintiff in a state of destitution.

                                                               Richelieu Trinity
                                                                       Pro Se

                                                  3502 Tree Mountain Pkwy
                                                     Stone Mountain, GA 30083
                                                          DeKalb County